UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-80913-MIDDLEBROOKS/BRANNON

JUDI HIMES,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____

## JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant and Plaintiff (the "Parties") jointly move this Court for entry of the attached Stipulation and Protective Order, filed contemporaneously with this Motion to protect the confidentiality of certain information that is, or may be, the subject of discovery in this case and to prevent dissemination of such information or documents to any person or entities other than as necessary to prosecute or defend this action.  In support thereof, the Parties state as follows:

1.      Plaintiff filed a Complaint against Defendant Ocwen Loan Servicing, LLC ("Ocwen") for alleged violations of the Telephone Consumer Protection Act.

2.      During discovery, the Parties expect to produce confidential and sensitive personally identifiable information, including personal financial information that is located in the consumer loan files, as well as confidential, proprietary, and trade secret information.  The Parties have agreed to maintain the confidentiality of the documents exchanged in discovery.

3.      To facilitate the production and receipt of information during discovery in the above-captioned litigation, the Parties have agreed and stipulated, through their respective counsel, to the entry of the following Protective Order for the protection of Confidential and

Highly Confidential Materials that may be produced or otherwise disclosed during the course of the above-captioned litigation by or on behalf of any party or non-party.   The Proposed Stipulation and Protective Order is attached hereto as Exhibit 1.

WHEREFORE, the Parties respectfully request entry of an Order granting their Joint Motion for Entry of Stipulation and Protective Order, and granting such other and further relief as the Court deems just and proper.

Dated: October 16, 2018                         Respectfully submitted,

*/s/ David P. Mitchell*
David P. Mitchell
Florida Bar No. 067249
Maney & Gordon, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
(813) 221-1366
David@MitchellCounsumerLaw.com
Karin@MitchellConsumerLaw.com

*Counsel for Plaintiff*

*/s/ Edrei G. Swanson*
Edrei G. Swanson
Florida Bar No. 102875
Hunton Andrews Kurth  LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
(305) 810-2500
Email: ESwanson@HuntonAK.com

*Counsel for Defendant Ocwen Loan Servicing, LLC*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2018, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

*/s/ Edrei G. Swanson*
Edrei G. Swanson